UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUAN JOSE SANCHEZ-GALVEZ,

    Plaintiff,

v.

US IMMIGRATION AND CUSTOMS ENFORCEMENT OFFICER C. VINCENT et al.

    Defendants.

CASE NO. C13-5308 BHS-JRC

ORDER DENYING PLAINTIFF'S MOTION FOR A SPEEDY TRIAL

    The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

    Plaintiff asks the Court for a speedy trial in this matter because of an ongoing deportation action (ECF No. 10). This action is not dependant on plaintiff's deportation proceedings. The Court has just ordered service of process and the timing of defendants' response are set by the court rules. Plaintiff has not shown good cause for departing from those rules. Further, the Court must set time frames for discovery and dispositive motions in pro se civil rights cases, which have not yet been established.

1  Plaintiff's motion is therefore DENIED.

2  Dated this 8th day of July, 2013.

J. Richard Creatura
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION FOR
A SPEEDY TRIAL - 2