UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUAN JOSE SANCHEZ-GALVEZ,

Plaintiff,

v.

US IMMIGRATION AND CUSTOMS ENFORCEMENT,

Defendant.

CASE NO. C13-5308 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 18. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) The Court dismisses this action without prejudice because Plaintiff has failed to keep the Court apprized of a current address as required by Local Rule 41(b)(2).

Dated this 2nd day January, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER